# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**GS HOLISTIC, LLC,**
Plaintiff(s),
v.

**A-Z TOBACCO, INC.**
**d/ba/ A-Z Tobacco & Vapor Shop, et al.**
Defendant(s).

**RULE 16 TELEPHONE SCHEDULING CONFERENCE**

Case No. **23-C-1054**

**AND**

**GS HOLISTIC, LLC,**
Plaintiff(s),
v.

**A-Z TOBACCO, INC.,**
**d/b/a A-Z Smoke Shop, et al.**
Defendant(s).

**AND**

Case No. **23-C-1056**

---

HONORABLE WILLIAM C. GRIESBACH presiding
Proceeding Held: January 12, 2024
Deputy Clerk: Lori

Time Called: 9:20 am
Time Concluded: 9:25 am
Tape: 011224 Zoom

**Appearances:**

**Plaintiff(s):** Ryan S. Fojo

**Defendant(s):** Jesse H. Kibort

---

**Scheduling:**

| | | | |
|---|---|---|---|
| Initial Disclosures: | 1/15/2024 | Dispositive Motions: | 9/30/2024 |
| Amended Pleadings: | 1/31/2024 | Final Pretrial Conference: | 1/24/2025 at 1:30 pm |
| Expert Disclosures (Burden of Proof): | 8/30/2024 | ☒ Jury Trial or ☐ Court Trial: | 2/18/25 at 8:30 am |
| Expert Disclosures (Rebuttal): | 9/30/2024 | Trial Estimate: | 3 days |
| Completion Expert Discovery: | 10/15/2024 | ☐ TC; ☐ SC; ☐ HRG set for: | |
| Fact Discovery AND Non-dispositive motions relating to fact discovery: | 7/30/2024 | | |

☒ Hearing dates entered on calendar

---

The Court inquires as to objections regarding consolidating the cases.
Mr. Kibort states the defendants have no objections.
Mr. Fojo states he doesn't have authority from client.
**The Court CONSOLIDATES 23-C-1054 and 23-C-1056.**

**The Court ORDERS the cases consolidated into the lower-case number 23-C-1054. All future filings are to be made in the lower-case number 23-C-1054.**
The Court instructs f plaintiff objects, counsel may motion the Court to vacate the consolidation.

Mr. Kibort informs the Court there is an additional case, 23C742 case that counsel believes is the same or very similar. The case is before Judge Pepper.
The parties will need to file a motion before Judge Pepper in case 23C742 if they are requesting to consolidate that case with these matters.