UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

GS HOLISTIC, LLC,

Plaintiff,

v.

**SECOND MENDED JUDGMENT IN A CIVIL CASE**

Case No. 23-cv-1054-pp

A-Z TOBACCO, INC. *d/b/a A-Z Tobacco & Vapor Shop*
and KHALDON SATI,

Defendants.

---

☑ **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☐ **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

**THE COURT ORDERS AND ADJUDGES** that judgment in the amount of $100,000 is entered in favor of the plaintiff and against defendant A-Z Tobacco, Inc. d/b/a A-Z Tobacco & Vapor Shop.

**THE COURT ORDERS** that this case is **DISMISSED**.

Approved and dated in Milwaukee, Wisconsin this 30th day of December, 2025.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**

LINDA M. KLEMM
Clerk of Court

s/ *Cary Biskupic*
(by) Deputy Clerk